**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

### Jurisdiction and Venue

4.  Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7.  Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer

Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8.  Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

### **Causes of Action**

9.  The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
Count XIII – _____
Count XIV – _____
Count XV –  _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____

_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 29, 2025

Respectfully Submitted,

*/s/ Devin Bolton*
Devin Bolton
WEITZ & LUXENBERG, PC
1880 Century Park E, STE 700
Los Angeles, CA 90067
Tel: (212) 558-5552
dbolton@weitzlux.com

*Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Stone, Crystal | 11/27/1972 | Oklahoma | Northern District of Oklahoma (N.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Stone, Tene | 1/11/1980 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Storaci, Fred | 3/22/1942 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Storz, Adam | 8/15/1998 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Stout, Kyle | 6/26/1990 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Stover, Steven | 8/1/1955 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Stowell, Steven | 8/27/1967 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Strall, James | 2/1/1957 | Ohio | Northern District of Ohio: Western Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Strang, Robert | 7/17/1939 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Stratton-Ramos, Sunny | 9/18/1981 | Ohio | Northern District of Ohio: Eastern | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (N.D. Ohio) | | | | | |
| 11. | Straub, Brenda | 4/10/1950 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Strauss, Kurt | 4/3/1968 | Washington | Eastern District of Washington (E.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Strealy, Alan | 9/12/1974 | Virginia | Western District of Virginia: Roanoke Division (W.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Streeter, Steven | 2/16/1978 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Strickland, Alphonso | 2/13/1965 | Georgia | Southern District of Georgia: Savannah Division (S.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Stricklin, Ronald | 12/22/1972 | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Stringfellow, Patricia | 6/18/1942 | Arkansas | Western District of Arkansas: Fayetteville Division (W.D. Ark.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Strobel, Faye | 6/4/1968 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Stroman, Sherelle | 8/15/1974 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Strutton, Betty | 1/23/1947 | Tennessee | Western District of Tennessee: Eastern Division (W.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Stuart, Luis | 5/23/1938 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Stuberg Sr., Scott | 3/27/1968 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Stuckey, Maureen | 2/9/1956 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Studnicka-Barrett, Caymi | 11/11/1998 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Stumpf, Jeffrey | 9/17/1960 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Sturiano-Rocco, Sharon | 11/26/1969 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Sturms, Jeffrey | 5/7/1961 | Florida | Northern District of Florida: Tallahassee Division (N.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Stutzman, Ethan | 9/24/1997 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Sullivan, Darrell | 5/4/1969 | Oklahoma | Eastern District of Oklahoma (E.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Sullivan, Martin | 5/3/1959 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Sullivan, Neal | 7/20/1967 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Sullivan, Sandra | 10/7/1944 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Sullivan, Steve | 9/14/1963 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Summerhill, Tommy | 12/28/1964 | Arkansas | Eastern District of Arkansas: Western Division (E.D. Ark.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Summers, Deanna | 2/3/1983 | Oklahoma | Northern District of Oklahoma (N.D. Okla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Sutch, Taryn | 6/11/1985 | Utah | Utah: Northern Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Sutter, Aidan | 12/10/1997 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Sutton, Barbara | 9/28/1967 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Sveda, Michael | 4/27/1967 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Swanberg, Curtis | 5/9/1960 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Swartz, Harry | 8/20/1946 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Swartz, Kevin | 6/3/1964 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Sweat, William | 12/20/1952 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Sweetman, Shannon | 6/7/1977 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Swepson, Edward | 6/30/1960 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Swift, Raymond | 4/17/1957 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Swift, Robert | 12/28/1971 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Szpond, Dana | 1/13/1986 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Taba, Gabriel | 1/3/1995 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Tabor, Debra | 10/22/1960 | North Carolina | Western District of North Carolina: Asheville Division (W.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Taechanarong, Piyayo | 12/21/1970 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Taft, Kent | 1/16/1942 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Tague, Janet | 12/1/1946 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Tahir, Abu | 6/18/1957 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Takacs, Seth | 7/30/1995 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"2* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Takvor, Tyler | 10/21/1996 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Talbert, Boyd | 10/24/1957 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Talbot, John | 6/30/1963 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Talley, Rodney | 10/11/1982 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Tamton, Tara | 10/19/1996 | Kentucky | Western District of Kentucky: Louisville Division (W.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Tang, Xin | 9/9/1966 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Tarrance, Gretchen | 8/4/1982 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Tarver, Howard | 10/6/1958 | Nebraska | Nebraska (D. Neb.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Tate, Larone | 3/15/1968 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Tate, Willie | 9/7/1957 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Taub, Masha | 1/10/1989 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Taveras, Joel | 7/28/1969 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Taylor, Anna | 12/20/1970 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Taylor, Clarence | 6/27/1959 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Taylor, David | 1/19/1961 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Taylor, Gerald | 12/31/1969 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Taylor, Glaishea | 8/1/1999 | Alaska | Alaska: Anchorage Division (D. Alaska) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Taylor, Justin | 8/15/1978 | Montana | Montana (D. Mont.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Taylor, Michelle | 4/27/1965 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Taylor Jr., Steven | 7/3/1992 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Tempelton, Mickel | 2/22/1957 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Tenaro, Craig | 5/11/1966 | Delaware | Delaware (D. Del.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Tephabock, Kimberly | 11/23/1959 | Delaware | Delaware (D. Del.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Terranova, Robert | 10/8/1958 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Terry, Crystal | 2/5/1979 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Terry, Pierre | 8/15/1982 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Theodore, Rick | 4/15/1960 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Theriot, Eric | 5/30/1970 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Thibodeaux, Nicholas | 3/19/1982 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Thyroid Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Thiemann, Shawn | 4/19/1981 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Thomas, Cecilio | 11/29/1948 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Thomas, Chasandreyll | 1/2/1991 | Georgia | Middle District of Georgia: Albany Division (M.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Thomas, Erika | 4/20/1977 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Thomas, Jeffrey | 12/12/1963 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Thomas, Jumanne | 1/2/1990 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Thomas, Latoya | 8/1/1990 | Alabama | Middle District of Alabama: Eastern Division (M.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Thomas, Maxine | 8/17/1945 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Thomas, Meoshe | 7/5/1973 | Texas | Eastern District of Texas: Lufkin Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Thomas, Tanya | 11/16/1961 | West Virginia | Southern District of West Virginia: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Huntington Division (S.D. W.Va.) | | | | | |
| 95. | Thomas, Thomas | 11/23/1952 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Thomas, Veronica | 10/22/1972 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Thomas, William | 6/22/1957 | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Thompson, Angela | 3/17/1964 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Thompson, Corrine | 5/5/1963 | South Dakota | South Dakota (D.S.D.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Thompson, Deborah | 7/14/1956 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Thompson, Herbert | 7/12/1967 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Thompson, Jacquelina | 4/19/2004 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Thompson, Leonard | 3/20/1978 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Thompson, Lyndon | 7/10/1983 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Thompson, Robert | 6/15/1982 | Washington | Eastern District of Washington (E.D. Wash.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Thompson, Ronald | 8/18/1948 | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Thompson, Tony | 3/5/1970 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Thor, Scott | 5/17/1969 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Thornburg, Samantha | 4/6/1985 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Thornton, Jeffrey | 11/2/1966 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Thornton, Samuel | 5/5/2002 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Tibbs, Lamaar | 7/15/1988 | Alabama | Middle District of Alabama: Northern Division (M.D. Ala.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Tidwell, Matthew | 3/2/1996 | Delaware | Delaware (D. Del.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Tierney, John | 4/25/1953 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Tiggs, Kelis | 6/26/2004 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Tillman, Daila | 7/24/2000 | Louisiana | Eastern District of Louisiana (E.D. La.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Tillman, Regina | 3/26/1972 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Timberlake, Yolanda | 10/20/1968 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Timmerman, Donna | 4/15/1953 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Tindall, David | 12/19/1982 | Illinois | Southern District of Illinois: East St. Louis Division (S.D. Ill.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Tobin, Joseph | 3/19/1963 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Todd, Curtis | 1/1/1953 | Indiana | Southern District of Indiana: New Albany Division (S.D. Ind.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Toddie, Tonda | 6/8/1964 | Georgia | Middle District of Georgia: Columbus Division (M.D. Ga.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Tolentino, Gilbert | 2/25/1949 | Hawaii | Hawaii (D. Haw.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Toler, Marcial | 1/15/1949 | Virginia | Western District of Virginia: Abingdon Division (W.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Tomblin, Douglas | 4/20/1955 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Tome, Maria Helena | 10/29/1975 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Tompos, Phyllis | 10/11/1948 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Torruella, Anthony | 2/24/1977 | South Carolina | South Carolina: Columbia Division (D.S.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Totaro, Catherine | 8/1/1947 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Tovar, Marbelis | 11/30/1984 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Townsend, Tina | 9/21/1976 | Kentucky | Western District of Kentucky: Owensboro Division (W.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Traskos, Stacy | 11/15/1972 | Arizona | Arizona: Prescott Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Trejo, Rafael | 8/11/1988 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Trendowski, Michael | 1/3/1986 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Trim, Alyson | 9/11/1993 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Trombley, John | 1/17/1980 | New York | Northern District of New York (N.D.N.Y) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Truelove, Norma | 12/6/1945 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Trullench, Nicholas | 7/24/1981 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Tu, Zijian | 7/1/1997 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Tucker, Carli | 4/24/1982 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Tucker, Evelyn | 7/12/1981 | Ohio | Northern District of Ohio: Eastern | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (N.D. Ohio) | | | | | |
| 143. | Tucker, Ray | 4/11/1955 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |